154 A.3d 707

EDAN BEN ELAZAR AND EDNA BEN ELAZAR, PLAINTIFFS-MOVANTS, v. MACRIETTA CLEANERS, INC. D/B/A SWAN CUSTOM CLEANERS AND D/B/A COIT SERVICES, MACRIETTA REALTY, CO., COIT SERVICES OF CENTRAL NEW JERSEY INC., ESTATE OF MAX STAUBER, HENRIETTA STAUBER, ALAN W. STAUBER, NORMAN A. SOBIN, STEVEN D. LASKER, ESTATE OF WILLIAM B. ROCKER, LYNN SCHONBRAUN AND CAROL RUBIN AS PERSONAL REPRESENTATIVES OF THE ESTATE OF JOAN ROCKER NEWMAN, SWAN CLEANERS AND DYERS, INC., CAROLYNN LAUNDRY, INC., DEFENDANTS, AND TOWNSHIP OF CRANFORD, A NEW JERSEY MUNICIPAL CORPORATION, DEFENDANT-RESPONDENT.

October 28, 2016

ORDER

It is ORDERED that the motion for leave to appeal is granted.

154 A.3d 707

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SAURABH JAIN, DEFENDANT–PETITIONER.

October 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001875–15 having been submitted to this Court, and the Court having considered the same;